1  Sheila E. Fix (State Bar No. 138613)
   Sewar Kawwa (State Bar No. 316346)
2  **WOOD, SMITH, HENNING & BERMAN LLP**
   21804 Cactus Avenue, Suite 200
3  Riverside, California 92518-3010
   Phone: 951 779 5000 ♦ Fax: 951 755 1650
4

5  Attorneys for Defendant Alberto's Mexican Food, Inc.

6

7

8              UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

| 11 JAMES RUTHERFORD, an individual, | Case No. 5:18-cv-01860 |
|---|---|
| 12  Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS LORENZO GARCIA AND ALEJANDRA CORRALES TO FILE AN ANSWER TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| 13  v. | |
| 14 ALBERTO'S MEXICAN FOOD, a business entity of unknown form; LORENZO GARCIA AND ALEJANDRA CORRALES, individuals and as joint tenants; and DOES 1-10, inclusive, | |
| 15 | The Hon. Jesus G. Bernal |
| 16 | Trial Date:      None Set |
| 17  Defendants. | |

18

19         **STIPULATION AND REQUEST TO EXTEND TIME TO**

20            **FILE AN ANSWER TO INITIAL COMPLAINT**

21      Plaintiff JAMES RUTHERFORD ("Plaintiff"), and Defendants LORENZO

22  GARCIA and ALEJANDRA CORRALES (collectively, "Defendants") jointly

23  stipulate to extend the time for Defendants to file an Answer to the initial complaint

24  by not more than thirty (30) days, thus making the Answer due by **December 8,**

25  **2018**. This extension will allow additional time to solidify pending representation

26  issues, for Defendants to execute a joint defense agreement, and for the parties to

27  continue settlement negotiations.

28      **IT IS SO STIPULATED.**

LEGAL:10453-0746/10279512.1

```
 1
 2   DATED: November 8, 2018           WOOD, SMITH, HENNING & BERMAN LLP
 3
 4                                     By: _____
 5                                           SHEILA E. FIX
                                             SEWAR KAWWA
 6                                     Attorneys for Defendant ALBERTO'S MEXICAN
                                       FOOD, INC.
 7
 8
 9   DATED: November 8, 2018           MANNING LAW, APC
10
11
12                                     By:     /s/ Craig G. Cote
                                               CRAIG G. COTE
13                                     Attorney for Plaintiff JAMES RUTHERFORD
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
21804 CACTUS AVENUE, SUITE 200
RIVERSIDE, CALIFORNIA 92518-3010
TELEPHONE 951 779 5000 ♦ FAX 951 755 1650

LEGAL:10453-0746/10279512.1                -2-
STIPULATION TO EXTEND TIME FOR DEFENDANTS LORENZO GARCIA AND ALEJANDRA CORRALES
TO FILE AN ANSWER TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

# SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: November 8, 2018

WOOD, SMITH, HENNING & BERMAN LLP

By: _____
SHEILA E. FIX
SEWAR KAWWA
Attorneys for Defendant ALBERTO'S MEXICAN FOOD, INC.

LEGAL:10453-0746/10279512.1

-3-

STIPULATION TO EXTEND TIME FOR DEFENDANTS LORENZO GARCIA AND ALEJANDRA CORRALES TO FILE AN ANSWER TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)